IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Tomas,<br><br>             Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>             Defendant. | No. CV-06-1445-PHX-FJM<br><br>**ORDER** |

The court has before it the Report and Recommendation of the United States Magistrate Judge (doc. 6), recommending that plaintiff's complaint be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P. No objections to the Report and Recommendation were filed.

The court accepts the recommended decision of the United States Magistrate Judge within the meaning of Rule 72(b), Fed. R. Civ. P. Accordingly, **IT IS ORDERED DISMISSING** plaintiff's complaint without prejudice (doc. 1).

DATED this 6th day of December, 2006.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge